## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

WILLIAM G. REDMOND, III,

     Petitioner,

v.                          CASE NO.  3:18cv1611-MCR-EMT

MARK S. INCH,

     Respondent.

_____/

## O R D E R

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 22, 2019.  ECF No. 17.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of August 2020.


                                    s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**